**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN BRUCE COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON COUNTY SCHOOL DISTRICT,<br><br>    Defendant.<br>_____ | CIVIL ACTION FILE NO.<br>1:10-CV-3386-ODE-CCH |

**ENTRY OF APPEARANCE**

The undersigned hereby enters appearance on behalf of the Plaintiff Jonathan Bruce Collins.

Respectfully submitted this 28th day of July, 2011.

                                                  *s/Howard W. "Tres" Indermark*
                                                  Howard W. "Tres" Indermark
                                                  Georgia Bar No. 005848

                                                  **Indermark|Vaishnav, LLC**
                                                  P.O. Box 223
                                                  Avondale Estates, GA 30002
                                                  (404) 378-6001
                                                  *tres@i-vlaw.com*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN BRUCE COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>FULTON COUNTY SCHOOL DISTRICT,<br><br>    Defendant.<br>_____ | CIVIL ACTION FILE NO.<br>1:10-CV-3386-ODE-CCH |

## **CERTIFICATE OF SERVICE**

This is to certify that this day I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Randall C. Farmer<br>
<b>Brock, Clay, Calhoun & Rogers, LLC</b><br>
49 Atlanta Street<br>
Marietta, GA 30060

This 28th day of July, 2011.

<i>s/Howard W. "Tres" Indermark</i><br>
Howard W. "Tres" Indermark<br>
Georgia Bar No. 005848

2

**Indermark|Vaishnav, LLC**
P.O. Box 223
Avondale Estates, GA 30002
(404) 378-6001
*tres@i-vlaw.com*